Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

RECEIVED OCT - 1 2009 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED SEP 2 5 2009 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ELOUISE BURRELL

Debtor(s)

Case No: 04-46065 EDJ 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 04-46065 EDJ 13 | ELOUISE BURRELL<br>1824 LINDEN ST #8<br>OAKLAND, CA 94607 | $ DEBTOR | $1.00 |
| | Total Unclaimed Dividends | | $1.00 |

Dated: September 22, 2009

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee